# NINTH JUDICIAL CIRCUIT COURT
# REGISTER OF ACTIONS
## CASE NO. 2011-1983-FC

**State Of Michigan vs Steel, Samuel, III**

§ § § § § § §

Location: **Criminal Division**
Judicial Officer: **Lightvoet, Pamela L.**
Filed on: **09/12/2012**
Case Tracking No.: **39-11011305-01**
Fingerprint No.: **S312000160P**
Police Report No.: **KDPS-11-006260**

---

### CASE INFORMATION

| Offense | Statute | Deg | Date | | |
|---|---|---|---|---|---|
| 1. HOMICIDE-MURDER 1ST DEGREE-PREMEDITATED | 750.316 | FC | 04/24/2011 | Case Type: | FC - Capital Felony |
| *Filed As:* OPEN MURDER-STATUTORY SHORT FORM | | FC | 9/12/2012 | Case Status: | 10/01/2013  Inactive |
| 2. WEAPONS FELONY FIREARM | 750.227B-A | FNC | 04/24/2011 | | |
| 3. WEAPONS-FIREARMS-POSSESSION BY FELON | 750.224f | FNC | 04/24/2011 | | |
| 4. WEAPONS FELONY FIREARM | 750.227B-A | FNC | 04/24/2011 | | |
| 7. HABITUAL OFFENDER-4TH OFFENSE NOTICE | 769.12 | RH | 04/24/2011 | | |

**Related Cases**
2012-1593-FH  (Co-Defendant)

**Statistical Closures**
09/06/2013     Jury Verdict

**Warrants**
Contempt - Jackson, Quazae Demieshawn (Judicial Officer: Lightvoet, Pamela L. )
  09/03/2013     1:49 PM         Contempt Returned
  08/28/2013     12:43 PM       Contempt Issued
  Fine:          $0
  Bond:

---

| DATE | CASE ASSIGNMENT |
|---|---|
| | **Current Case Assignment** |
| | Case Number       2011-1983-FC |
| | Court             Criminal Division |
| | Date Assigned     09/12/2012 |
| | Judicial Officer  Lightvoet, Pamela L. |

---

### PARTY INFORMATION

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | State Of Michigan | **Cunningham, Richard**<br>313-456-0204(W) |
| **Defendant** | Steel, Samuel, III<br>*DOB: 11/12/1968  Age: 43* | **Owens, Mary A**<br>*Court Appointed*<br>616-742-0431(W) |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 08/20/2012 | Petition and Order Court Appointed Attorney - Felony - PPO ^ | |
| 08/20/2012 | Attorney Assignment - Tier I (murder) - CC Pretrial Notice | |
| 09/11/2012 | Order for Pretrial Release - Custody | |

| Date | Event |
|---|---|
| 09/12/2012 | Returns to Circuit Court ^ |
| 09/12/2012 | Criminal Scheduling Order |
| 09/24/2012 | Information |
| 09/24/2012 | Notice of Intent to Seek Enhanced Sentence-Habitual Offender |
| 09/27/2012 | Waiver of Arraignment & Election to Stand Mute |
| 10/01/2012 | **Pre-Trial** (9:00 AM) (Judicial Officer: Lightvoet, Pamela L.) *Held - Not on the Record* |
| 10/01/2012 | Criminal Pretrial Summary and Scheduling Notice (Judicial Officer: Lightvoet, Pamela L. ) *15 Day Jury Trial* |
| 10/02/2012 | Criminal Scheduling Order |
| 10/10/2012 | Transcript *09/11/12 Preliminary Examination* |
| 10/18/2012 | General Motion Party: Defendant Steel, Samuel, III *for Expenses* |
| 11/01/2012 | Notice of Hearing ^ |
| 11/02/2012 | Order *Ex-Parte Order for Expenses* |
| 11/09/2012 | *CANCELED* **Motion** (9:00 AM) (Judicial Officer: Lightvoet, Pamela L.) *Other (specify)* *for Expenses* |
| 12/07/2012 | **Settlement Conference** (1:30 PM) (Judicial Officer: Lightvoet, Pamela L.) *Adjourned* |
| 12/07/2012 | Stip-Order or Motion-Order Regarding Adjournment (Judicial Officer: Lightvoet, Pamela L.) *Per Agreement of Counsel* |
| 12/11/2012 | **Trial** (9:00 AM) (Judicial Officer: Lightvoet, Pamela L.) 12/11/2012   Reset by Court to 12/11/2012 *Adjourned* |
| 01/25/2013 | Notice of Further Known Witness(s) |
| 01/25/2013 | List of Witnesses Prosecutor Intends to Produce |
| 01/25/2013 | PA Request for Discovery |
| 02/05/2013 | Motion to Withdraw as Counsel Party: Defendant Steel, Samuel, III |

NINTH JUDICIAL CIRCUIT COURT
# REGISTER OF ACTIONS
## CASE NO. 2011-1983-FC

| | |
|---|---|
| 02/07/2013 | **Motion** (9:00 AM) (Judicial Officer: Lightvoet, Pamela L.)<br>Events: 02/05/2013 Motion to Withdraw as Counsel<br>*Held* |
| 02/07/2013 | Criminal Court Event Summary Report and Mittimus (Judicial Officer: Lightvoet, Pamela L.) |
| 02/07/2013 | Attorney Reassignment - Conflict - Other<br>*Champion for Reisterer* |
| 02/08/2013 | Notice of Scheduled Proceeding |
| 02/08/2013 | Order<br>*to Withdraw as Counsel (Reisterer)* |
| 02/15/2013 | **Pre-Trial** (1:30 PM) (Judicial Officer: Lightvoet, Pamela L.)<br>*and Status Conference (Per Court)*<br>*Held - Not on the Record* |
| 02/15/2013 | Defense Request for Discovery |
| 02/15/2013 | Criminal Court Event Summary Report and Mittimus (Judicial Officer: Lightvoet, Pamela L.)<br>*need to schedule Settlement Conf on 5-10-13 and Trial on Wednesday, 5-15-13* |
| 02/15/2013 | Notice of Scheduled Proceeding<br>*Settlement Conference on 5-10-13 at 1:30 pm in Ct C* |
| 02/15/2013 | Notice of Scheduled Proceeding<br>*Jury Trial on Wednesday, 5-15-13 at 9:00 am in Ct C* |
| 02/22/2013 | *CANCELED* **Settlement Conference** (1:30 PM) (Judicial Officer: Lightvoet, Pamela L.)<br>*Other (specify)* |
| 02/26/2013 | *CANCELED* **Trial** (9:00 AM) (Judicial Officer: Lightvoet, Pamela L.)<br>*Other (specify)*<br>*\*\*Adjourned from 12/11/12* |
| 03/01/2013 | General Motion<br>Party: Defendant Steel, Samuel, III<br>*for Extraordinary Attorney Fees* |
| 03/15/2013 | General Motion<br>Party: Plaintiff State Of Michigan<br>*for Admissibility of Res Gestae and 404(b) Acts* |
| 03/15/2013 | Brief - Memorandum |
| 03/15/2013 | Notice of Hearing ^ |
| 03/21/2013 | Order<br>*Granting Motion for Extraordinary Fees with Proof of Service* |
| 03/25/2013 | Answer To:<br>Party: Defendant Steel, Samuel, III<br>*Motion for Admissibility of Res Gestae and 404(b) Acts* |

| Date | Entry |
|---|---|
| 03/25/2013 | Brief - Memorandum |
| 03/25/2013 | General Motion<br>Party: Defendant Steel, Samuel, III<br>*for Disqualification of Prosecutor* |
| 03/25/2013 | General Motion<br>Party: Defendant Steel, Samuel, III |
| 03/25/2013 | Notice of Hearing ^ |
| 03/25/2013 | Proof of Service |
| 03/29/2013 | **Motion** (9:00 AM) (Judicial Officer: Lightvoet, Pamela L.)<br>Events: 03/15/2013 General Motion<br>*Event Scheduled - Unable to Proceed* |
| 03/29/2013 | Criminal Court Event Summary Report and Mittimus (Judicial Officer: Lightvoet, Pamela L.)<br>*Parties met in chambers; outstanding motions to be scheduled on same date/time; Order to Enter re: appointing special prosecutor ASAP* |
| 03/29/2013 | Miscellaneous Filing (Judicial Officer: Lightvoet, Pamela L.)<br>*Petition for Appointment of Special Prosecutor* |
| 04/02/2013 | Appearance of Attorney |
| 04/02/2013 | Proof of Service |
| 04/02/2013 | Miscellaneous Filing<br>*Order of Appointment of Special Prosecutor* |
| 04/12/2013 | CANCELED **Motion** (9:00 AM) (Judicial Officer: Lightvoet, Pamela L.)<br>Other (specify)<br>*to Change Venue and to Disqualify Prosecutor's Office* |
| 04/16/2013 | Writ of Habeas Corpus<br>*Walter Lee Johnson* |
| 04/16/2013 | Writ of Habeas Corpus<br>*Devon Lamonte Smith* |
| 04/17/2013 | List of Witnesses Prosecutor Intends to Produce |
| 04/17/2013 | Proof of Service |
| 04/22/2013 | General Motion<br>Party: Defendant Steel, Samuel, III<br>*to Adjourn* |
| 04/22/2013 | Notice of Hearing ^ |
| 04/22/2013 | Proof of Service |

| Date | Entry |
|---|---|
| 05/01/2013 | List of Witnesses Prosecutor Intends to Produce<br>*People's Second Amended Trial Witness* |
| 05/01/2013 | Proof of Service |
| 05/01/2013 | General Motion<br>Party: Plaintiff State Of Michigan<br>*in Limine to Admit Evidence* |
| 05/01/2013 | Proof of Service |
| 05/01/2013 | Notice of Hearing ^ |
| 05/03/2013 | General Motion<br>Party: Defense Attorney Champion, Robert A; Defendant Steel, Samuel, III<br>*Preclude Irrelevant Evidence Seized During Police Investigation* |
| 05/03/2013 | Notice of Hearing ^<br>*Preclude Irrelevant Evidence Seized During Police Investigation* |
| 05/03/2013 | Proof of Service |
| 05/03/2013 | General Motion<br>Party: Defense Attorney Champion, Robert A; Defendant Steel, Samuel, III<br>*Attorney Fees* |
| 05/03/2013 | Notice of Hearing ^<br>*Attorney Fees* |
| 05/03/2013 | Proof of Service |
| 05/03/2013 | Defense Witness List |
| 05/03/2013 | Proof of Service |
| 05/03/2013 | Miscellaneous Filing<br>*Request for Attencance of an Out of State Witness to Testify in a Criminal Prosecution* |
| 05/03/2013 | Proof of Service |
| 05/03/2013 | Order<br>*Ex Parte Order/Certificate of Judge of Requesting State for Attendance of Out of State Witness to Tesdify in a Criminal Prosecution* |
| 05/03/2013 | Order<br>*Requiring Attorney Michael Reisterer to Submit Documents to Champion Law Offices OLLC* |
| 05/06/2013 | Response to: (Specify)<br>*People's Response to Defendant's Motion to Change Venue* |
| 05/06/2013 | Proof of Service |
| 05/08/2013 | **Motion** (1:30 PM) (Judicial Officer: Lightvoet, Pamela L.)<br>Events: 04/22/2013 General Motion<br>05/01/2013 General Motion |

| Date | Event |
|---|---|
| | 05/03/2013 General Motion |
| | 05/03/2013 General Motion |
| | *to Adjourn* |
| | *Held* |
| 05/08/2013 | Criminal Court Event Summary Report and Mittimus (Judicial Officer: Lightvoet, Pamela L.) |
| 05/08/2013 | Petition and Order For: (Judicial Officer: Lightvoet, Pamela L.) *Petition For Order Granting Immunity and Orders Granting Immunity for: Mark Spraugue and Paige Bowers* |
| 05/09/2013 | Notice of Scheduled Proceeding *Status Conference* |
| 05/09/2013 | Notice of Scheduled Proceeding *Trial* |
| 05/10/2013 | CANCELED **Settlement Conference** (1:30 PM) (Judicial Officer: Lightvoet, Pamela L.) *Other (specify)* |
| 05/13/2013 | General Motion Party: Defendant Steel, Samuel, III *to Withdraw-Ex Parte* |
| 05/13/2013 | Proof of Service |
| 05/13/2013 | General Motion Party: Defendant Steel, Samuel, III *Ex Parte for a New Investigator* |
| 05/13/2013 | Proof of Service |
| 05/13/2013 | General Motion Party: Defendant Steel, Samuel, III *Ex Parte to Adjourn* |
| 05/13/2013 | Proof of Service |
| 05/15/2013 | **Status Conference** (9:00 AM) (Judicial Officer: Lightvoet, Pamela L.) *Held* |
| 05/15/2013 | List of Witnesses Prosecutor Intends to Produce *Amended* |
| 05/15/2013 | Proof of Service |
| 05/15/2013 | Criminal Court Event Summary Report and Mittimus (Judicial Officer: Lightvoet, Pamela L.) *Ex-Parte Motions addressed; new Settlement Conf/Status Conf on 8-2-13; Jury Selection ONLY on 8-6-13 and Trial to commence on 8-27-13* |
| 05/15/2013 | Notice of Scheduled Proceeding ^ *Settlement Conf/Status Conf on 8-2-13 at 9:00 am in Ct C* |
| 05/15/2013 | Notice of Scheduled Proceeding ^ *JURY SELECTION ONLY on 8-6-13 at 9:00 am in Ct C* |

# NINTH JUDICIAL CIRCUIT COURT
## REGISTER OF ACTIONS
### CASE NO. 2011-1983-FC

| Date | Entry |
|---|---|
| 05/15/2013 | Notice of Scheduled Proceeding ^<br>*Jury Trial to commence on 8-17-13 at 9:00 am in Ct C* |
| 05/21/2013 | *CANCELED* **Trial** (9:00 AM) (Judicial Officer: Lightvoet, Pamela L.)<br>Other (specify) |
| 07/11/2013 | Writ of Habeas Corpus<br>*Witness Devon Lamonte Smith* |
| 07/11/2013 | Writ of Habeas Corpus<br>*Witness Walter Lee Johnson 15965-040* |
| 07/15/2013 | Writ of Habeas Corpus<br>*Amended Witness Devon Lamonte Smith 16046-040* |
| 07/15/2013 | Writ of Habeas Corpus<br>*Amended -Witness Walter Lee Johnson 15965-040* |
| 07/29/2013 | List of Witnesses Prosecutor Intends to Produce<br>*Amended* |
| 07/29/2013 | Proof of Service |
| 07/30/2013 | Response to: (Specify)<br>*People's Response to Defendant's Motion to Preclude Evidence Seized During the Police Investigation* |
| 08/02/2013 | **Settlement Conference** (9:01 AM) (Judicial Officer: Lightvoet, Pamela L.)<br>*and Status Conference*<br>Held - Not on the Record |
| 08/02/2013 | Criminal Court Event Summary Report and Mittimus (Judicial Officer: Lightvoet, Pamela L.)<br>*No plea offer extended; parties on track to proceed with Jury Selection on 8-6-13 with Trial to commence on 8-27-13* |
| 08/06/2013 | **Hearing** (9:00 AM) (Judicial Officer: Lightvoet, Pamela L.)<br>JURY SELECTION ONLY<br>Held |
| 08/06/2013 | Criminal Court Event Summary Report and Mittimus (Judicial Officer: Lightvoet, Pamela L.)<br>*Jury panel selected and jurors to return for Trial to commence on 8-17-13 at 9:00 am in Ct C* |
| 08/13/2013 | **Motion** (1:30 PM) (Judicial Officer: Lightvoet, Pamela L.)<br>*to Preclude Evidence*<br>Held |
| 08/13/2013 | Order<br>*Granting Immunity as to Paige Bowers* |
| 08/13/2013 | Order<br>*Granting Immunity as to Mark Sprague* |
| 08/13/2013 | Criminal Court Event Summary Report and Mittimus (Judicial Officer: Lightvoet, Pamela L.)<br>*Granted in part; rulings and stips to motion outlined; Order to enter prepared by Atty* |

| Date | Entry |
|---|---|
| | *Prentice-Sao* |
| 08/16/2013 | Defense Witness List<br>*Second Amended* |
| 08/16/2013 | Proof of Service |
| 08/16/2013 | Proof of Service |
| 08/16/2013 | Notice of<br>*Impeachment* |
| 08/16/2013 | Miscellaneous Filing<br>*Defendant's Exhibit List* |
| 08/16/2013 | Proof of Service |
| 08/16/2013 | Proposed Jury Instructions |
| 08/16/2013 | Proof of Service |
| 08/16/2013 | Proof of Service |
| 08/16/2013 | List of Witnesses Prosecutor Intends to Produce<br>*Amended* |
| 08/16/2013 | Notice of<br>*Expert Testimony Pursuant to MRE 702* |
| 08/16/2013 | Miscellaneous Filing |
| 08/16/2013 | Miscellaneous Filing |
| 08/16/2013 | Miscellaneous Filing<br>*Request for Attendance of an Out of State Witness to Testify in a Criminal Prosecution* |
| 08/16/2013 | Miscellaneous Filing<br>*Request for Attendance of an Out of State Witness to Testify in a Criminal Prosecution* |
| 08/16/2013 | Miscellaneous Filing<br>*Certificate of Judge of Requesting State for Attendance of Out of State Witness to Testify in a Criminal Prosecution* |
| 08/16/2013 | Miscellaneous Filing<br>*Certificate of Judge of Requesting State for Attendance of Out of State Witness to Testify in a Criminal Prosecution* |
| 08/16/2013 | Miscellaneous Filing<br>*Alibi Notice* |
| 08/16/2013 | Proof of Service |
| 08/16/2013 | Defense Witness List<br>*Amended* |

# Ninth Judicial Circuit Court
## Register of Actions
### Case No. 2011-1983-FC

| Date | Entry |
|---|---|
| 08/16/2013 | Proof of Service |
| 08/16/2013 | Defense Witness List<br>*Expert* |
| 08/16/2013 | Proof of Service |
| 08/16/2013 | Order<br>*Re Defendant's Motion to Preclude Irrelevant Evidence Seized During Police Investigation and Request for Expert Witness* |
| 08/19/2013 | Stipulation and Order to Allow Participation by Video Conf.<br>*Charles Laroy Thomas* |
| 08/19/2013 | Stipulation and Order to Allow Participation by Video Conf.<br>*Lee Arthur Logan* |
| 08/21/2013 | Notice of<br>*Expert Testimony Pursuant to MRE 702 (Plaintiff's)* |
| 08/21/2013 | Writ of Habeas Corpus |
| 08/21/2013 | Writ of Habeas Corpus<br>*Per Sutton in OPA, Det. Beauchamp faxed writ to federal system for pick up* |
| 08/21/2013 | List of Witnesses Prosecutor Intends to Produce<br>*Amended* |
| 08/27/2013 | **Trial** (9:00 AM) (Judicial Officer: Lightvoet, Pamela L.)<br>*Continued* |
| 08/27/2013 | List of Witnesses Prosecutor Intends to Produce<br>*People's Amended List of Witnesses* |
| 08/27/2013 | Criminal Court Event Summary Report and Mittimus (Judicial Officer: Lightvoet, Pamela L.)<br>*Jury panel sworn* |
| 08/28/2013 | **Trial** (9:00 AM) (Judicial Officer: Lightvoet, Pamela L.)<br>*to continue on 8-28-13*<br>*Continued* |
| 08/28/2013 | Contempt Warrant - Issued<br>*Quazae Demie Shawn Jackson at Witness* |
| 08/28/2013 | Criminal Court Event Summary Report and Mittimus (Judicial Officer: Lightvoet, Pamela L.)<br>*Trial to continue on 8-29-13 at 9:00 am in Ct C* |
| 08/29/2013 | **Trial** (9:00 AM) (Judicial Officer: Lightvoet, Pamela L.)<br>*continued on 8-29-13 at 9:00 am in Ct C*<br>*Continued* |
| 08/29/2013 | Criminal Court Event Summary Report and Mittimus (Judicial Officer: Lightvoet, Pamela L.)<br>*Trial to continue on 9-4-13 at 9:00 am in Ct C* |

| Date | Entry |
|---|---|
| 08/29/2013 | Order<br>*for Phone Records* |
| 08/30/2013 | Writ of Habeas Corpus<br>*Lee Arthur Logan -Witness* |
| 09/03/2013 | **Arraignment on Bench Warrant** (9:15 AM) (Judicial Officer: Lightvoet, Pamela L.)<br>*Quazae Jackson For FTA As Witness (Samuel Steel Trial) - found in contempt.*<br>*Held* |
| 09/03/2013 | Contempt Warrant - Returned (Judicial Officer: Lightvoet, Pamela L.)<br>*regarding witness Quazae Jackson* |
| 09/03/2013 | Arraignment Report (Judicial Officer: Lightvoet, Pamela L.) |
| 09/03/2013 | Criminal Court Event Summary Report and Mittimus (Judicial Officer: Lightvoet, Pamela L.) |
| 09/04/2013 | **Trial** (9:00 AM) (Judicial Officer: Lightvoet, Pamela L.)<br>*continued from 8-29-13*<br>*Continued* |
| 09/04/2013 | Criminal Court Event Summary Report and Mittimus (Judicial Officer: Lightvoet, Pamela L.)<br>*Trial to continue on 9-5-13 at 9:00 am in Ct C* |
| 09/04/2013 | Criminal Court Event Summary Report and Mittimus |
| 09/05/2013 | **Trial** (9:00 AM) (Judicial Officer: Lightvoet, Pamela L.)<br>*continued from 9-4-13*<br>*Continued* |
| 09/05/2013 | Stipulation and Order to Allow Participation by Video Conf.<br>*Witness Kelly* |
| 09/05/2013 | Criminal Court Event Summary Report and Mittimus (Judicial Officer: Lightvoet, Pamela L.)<br>*Jurors to return for continued deliberations on 9-6-13 at 8:15 am* |
| 09/06/2013 | **Trial** (9:00 AM) (Judicial Officer: Lightvoet, Pamela L.)<br>*continued from 9-4-13*<br>*Held* |
| 09/06/2013 | Miscellaneous Filing (Judicial Officer: Lightvoet, Pamela L.)<br>*CONFIDENTIAL: Questions Asked/Not Asked by Jurors During Trial* |
| 09/06/2013 | Miscellaneous Filing (Judicial Officer: Lightvoet, Pamela L.)<br>*CONFIDENTIAL: JUDGE'S TRIAL NOTES* |
| 09/06/2013 | Proposed Jury Instructions (Judicial Officer: Lightvoet, Pamela L.) |
| 09/06/2013 | Form of Verdict (Judicial Officer: Lightvoet, Pamela L.)<br>*Guilty all four counts; Ct 1: First Degree Murder* |
| 09/06/2013 | Criminal Court Event Summary Report and Mittimus (Judicial Officer: Lightvoet, Pamela L.)<br>*Jury Verdict of guilty on all Cts; Ct 1: 1st Degree Murder* |

# NINTH JUDICIAL CIRCUIT COURT
## REGISTER OF ACTIONS
### CASE NO. 2011-1983-FC

| Date | Action |
|---|---|
| 09/06/2013 | **Disposition** (Judicial Officer: Lightvoet, Pamela L.)<br>1. HOMICIDE-MURDER 1ST DEGREE-PREMEDITATED<br>   Jury Verdict - Guilty<br>2. WEAPONS FELONY FIREARM<br>   Jury Verdict - Guilty<br>3. WEAPONS-FIREARMS-POSSESSION BY FELON<br>   Jury Verdict - Guilty<br>4. WEAPONS FELONY FIREARM<br>   Jury Verdict - Guilty<br>7. HABITUAL OFFENDER-4TH OFFENSE NOTICE<br>   Bench Verdict - Guilty |
| 09/23/2013 | General Motion<br>Party: Defendant Steel, Samuel, III<br>*Ex Parte Motion for Fees for Investigator* |
| 09/23/2013 | Order<br>*for Ex Parte Additional Fees for Investigator* |
| 09/23/2013 | General Motion<br>Party: Defendant Steel, Samuel, III<br>*Ex Parte Motion for Additional Fees for Investigator* |
| 09/23/2013 | General Motion<br>Party: Defendant Steel, Samuel, III<br>*Ex Parte Motion for Additional Fees for Investigator* |
| 09/30/2013 | **Sentence** (2:00 PM) (Judicial Officer: Lightvoet, Pamela L.)<br>*Held* |
| 09/30/2013 | Criminal Court Event Summary Report and Mittimus (Judicial Officer: Lightvoet, Pamela L.) |
| 09/30/2013 | **Sentence** (Judicial Officer: Lightvoet, Pamela L.)<br>1. HOMICIDE-MURDER 1ST DEGREE-PREMEDITATED<br>   Prison + Fees<br>   State Confinement:<br>     Agency: Michigan Department of Corrections<br>     Effective 09/30/2013<br>     Term: Life<br>     Credit for Time Served: 0 Days<br>     Comment: Count 1 is life without parole.<br>   Fee Totals:<br>     - Crime Victims Rights Fee (Felony): 130.00<br>     - Restitution 01: 955.50<br>     - State Minimum Costs (Felony): 68.00<br>   Fee Totals $: 1,153.50 |
| 09/30/2013 | **Sentence** (Judicial Officer: Lightvoet, Pamela L.)<br>2. WEAPONS FELONY FIREARM<br>   Prison + Fees<br>   State Confinement:<br>     Agency: Michigan Department of Corrections<br>     Effective 09/30/2013<br>     Term: 2 Yr to 2 Yr<br>     Credit for Time Served: 420 Days<br>     Comment: Counts 2 & 4 are consecutive and preceding Counts 1 & 3, but are concurrent w/each other.<br>4. WEAPONS FELONY FIREARM |

| Date | Action |
|---|---|
| | Prison + Fees<br>State Confinement:<br>    Agency: Michigan Department of Corrections<br>    Effective 09/30/2013<br>    Term: 2 Yr to 2 Yr<br>    Credit for Time Served: 420 Days<br>    Comment: Counts 2 & 4 are consecutive and preceding Counts 1 & 3, but are concurrent w/each other. |
| 09/30/2013 | **Sentence** (Judicial Officer: Lightvoet, Pamela L.)<br>   3. WEAPONS-FIREARMS-POSSESSION BY FELON<br>      Prison + Fees<br>      State Confinement:<br>          Agency: Michigan Department of Corrections<br>          Effective 09/30/2013<br>          Term: 2 Yr to 5 Yr<br>          Credit for Time Served: 420 Days |
| 09/30/2013 | **Sentence** (Judicial Officer: Lightvoet, Pamela L.)<br>   7. HABITUAL OFFENDER-4TH OFFENSE NOTICE<br>      Prison + Fees |
| 09/30/2013 | Notice of right to appellate review-request appt of attorney |
| 10/01/2013 | Judgment of Sentence Commitment to DOC ^ |
| 10/08/2013 | Claim of Appeal and Order Appointing Counsel |
| 10/09/2013 | General Motion<br>Party: Defendant, Steel, Samuel, III<br>*Ex Parte for Process Server Fees* |
| 10/17/2013 | Reporter -Recorder Certificate-Ordering Transcript on Appeal |
| 10/28/2013 | Order<br>*Ex Parte for Process Server Fees* |
| 11/04/2013 | Order<br>*Ex Parte Order for Additional Fees for Investigator* |
| 11/13/2013 | Proof of Service |
| 11/13/2013 | Reporter -Recorder Certificate-Ordering Transcript on Appeal |
| 11/18/2013 | Order to Remit Prisoner Funds for Fines, Costs & Restitution |
| 12/26/2013 | Notice of Filing of Transcript and Affidavit of Mailing<br>*People v. Steel* |
| 12/26/2013 | Transcript<br>*People v. Steel, 08/06/2013, Jury Trial Vol I of VII* |
| 12/26/2013 | Transcript<br>*People v. Steel, 08/27/2013, Jury trial Vol II of VII* |
| 12/26/2013 | Transcript<br>*People v. Steel, 08/28/2013, Jury trial Vol III of VII* |

| Date | Action |
|---|---|
| 12/26/2013 | Transcript<br>*People v. Steel, 08/29/2013, Jury trial Vol IV of VII* |
| 12/26/2013 | Transcript<br>*People v. Steel, 09/04/2013, Jury trial Vol V of VII* |
| 12/26/2013 | Transcript<br>*People v. Steel, 09/05/2013, Jury trial Vol VI of VII* |
| 12/26/2013 | Transcript<br>*People v. Steel, 09/06/2013, Jury trial Vol VII of VII* |
| 12/26/2013 | Transcript<br>*People v. Steel, 09/30/2013, Sentence* |
| 01/16/2014 | Notice of Filing of Transcript and Affidavit of Mailing<br>*Amended* |
| 02/20/2014 | Claim of Appeal and Order Appointing Counsel |
| 02/24/2014 | Reporter -Recorder Certificate-Ordering Transcript on Appeal |
| 03/04/2014 | Transcript<br>*Hearing on Motions, Wednesday, May 8, 2013* |
| 03/04/2014 | Transcript<br>*Hearing on Motions, Tuesday, August 13, 2013* |
| 03/04/2014 | Notice of Filing of Transcript and Affidavit of Mailing |
| 06/11/2014 | Court of Appeals - Supreme Court - Order |
| 06/11/2014 | Order<br>*from Court of Appeals remanding for eivdentiary hearing* |
| 06/12/2014 | Order<br>*Requiring Briefs and Scheduling Hearing on Defendant-Appellant's Motion for New Trial with Proof of Service* |
| 06/12/2014 | Notice of Scheduled Proceeding<br>*Evidentiary Hearing on 7-22-14 (full day)* |
| 06/24/2014 | General Motion<br>Party: Defendant Steel, Samuel, III<br>*for a New Trial* |
| 06/24/2014 | Proof of Service |
| 07/07/2014 | Order<br>*Amended Order Requiring Briefs and Scheduling Hearing on Defendant-Appellant's Motion for New Trial with Proof of Mailing* |
| 07/07/2014 | Order<br>*COURT OF APPEALS, granted to extend time to complete proceedings until 9-5-14* |

| Date | Entry |
|---|---|
| 07/09/2014 | Miscellaneous Filing<br>*Supplement to Motion for a New Trial* |
| 07/11/2014 | Writ of Habeas Corpus<br>*Paul Pratt* |
| 07/11/2014 | Writ of Habeas Corpus |
| 07/25/2014 | Answer To:<br>Party: Plaintiff State Of Michigan<br>*In Opposition to Defendant/Appellant's Supplemental Motion for New Trial* |
| 07/25/2014 | Proof of Service |
| 07/25/2014 | Answer To:<br>Party: Plaintiff State Of Michigan<br>*in Opposition to Defendant'/Appellant's Motion for New Trial* |
| 07/25/2014 | Proof of Service |
| 07/29/2014 | Stipulation and Order<br>*to allow video IVT testimony of federal inmate Walter Johnson* |
| 07/31/2014 | Writ of Habeas Corpus<br>*Walter Lee Johnson* |
| 07/31/2014 | Writ of Habeas Corpus<br>*Jacob Alan Blett* |
| 07/31/2014 | Writ of Habeas Corpus<br>*David Louis Lee* |
| 07/31/2014 | Writ of Habeas Corpus<br>*Devon Lamonte Smith* |
| 07/31/2014 | Stipulation and Order<br>*for federal prisoner Jacob Blett to appear IVT* |
| 07/31/2014 | Stipulation and Order<br>*for federal prisoner Devon Smith to appear IVT* |
| 07/31/2014 | Stipulation and Order<br>*for federal prisoner David Lee to appear IVT* |
| 08/01/2014 | Stipulation and Order<br>*AMENDED re: witness Jacob Blett to participate via telephone* |
| 08/01/2014 | Writ of Habeas Corpus<br>*Amended-Jacob Alan Blett* |
| 08/21/2014 | **Evidentiary Hearing** (9:00 AM) (Judicial Officer: Lightvoet, Pamela L.)<br>*Note: a full day is set aside for this hearing. Walter Johnson, Jacob Blett, David Lee & Devon Smith to appear via IVT.*<br>07/22/2014    Reset by Court to 08/21/2014 |

| Date | |
|---|---|
| | *Continued* |
| 08/21/2014 | Criminal Court Event Summary Report and Mittimus (Judicial Officer: Lightvoet, Pamela L.) <br> *Live testimony taken from Carl Clatterbuck and Robert Pratt; phone testimony taken from Jacob Blett, David Lee, Walter Johnson and Devin Smith* |
| 08/22/2014 | Writ of Habeas Corpus |
| 08/27/2014 | **Evidentiary Hearing** (10:00 AM) (Judicial Officer: Lightvoet, Pamela L.) <br> *Continued from 8-21-14* <br> Held |
| 08/27/2014 | Criminal Court Event Summary Report and Mittimus (Judicial Officer: Lightvoet, Pamela L.) <br> *Testimony taken from Robert Ivy, Robert Champion & Det. Brian Beauchamp; oral opinion rendered denying new Trial & left open option of re-opening after Atty Owens speaks w/Carl Clatterbuck; written Order to enter* |
| 08/29/2014 | Order <br> *Denying Defendant-Appellant's Motion for New Trial with Proof of Mailing* |
| 08/29/2014 | Miscellaneous Filing <br> *CONFIDENTIAL: Judge's notes from Evidentiary Hearing held on 8-21-14 and 8-27-14* |
| 09/04/2014 | Reporter -Recorder Certificate-Ordering Transcript on Appeal |
| 09/08/2014 | Notice of Filing of Transcript and Affidavit of Mailing |
| 09/08/2014 | Transcript <br> *Steel 08/21/14 Vol I* |
| 09/08/2014 | Transcript <br> *Steel 08/27/14 Vol II* |
| 09/11/2014 | Order <br> *Granting Defendant's Motion For Private Investigator Fees* |
| 09/18/2014 | Certificate of Transmittal of Record on Appeal (COA-Supreme) |
| 02/12/2015 | Miscellaneous Filing <br> *Motion for extraordinary fees (order unsigned)* |
| 03/02/2015 | Court of Appeals-Supreme Court Opinion-Order - Affirmed |
| 03/31/2015 | MAACS Statement of Service & Order For Payment |
| 09/15/2015 | Court of Appeals - Supreme Court Order - Denied |
| 09/16/2015 | Aff -Notice of Return from Court of Appeals or Supreme Court |

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **Defendant** Steel, Samuel, III | |
| | Total Charges | 1,153.50 |
| | Total Payments and Credits | 103.97 |
| | **Balance Due as of 10/24/2016** | **1,049.53** |

# NINTH JUDICIAL CIRCUIT COURT
# REGISTER OF ACTIONS
## CASE NO. 2011-1983-FC

| Date | Action | | Party | Amount |
|---|---|---|---|---|
| 08/21/2012 | Charge | | Defendant Steel, Samuel, III | 1,795.00 |
| 10/01/2013 | Charge | | Defendant Steel, Samuel, III | 1,153.50 |
| 10/01/2013 | Reduction | | Defendant Steel, Samuel, III | (1,795.00) |
| 08/18/2015 | Mail | Receipt # 2015-09300 | Defendant Steel, Samuel, III | (103.97) |