```
                        STATE OF MICHIGAN

                9TH CIRCUIT COURT—TRIAL DIVISION
```

**F I L E D**

**Dec 26, 2013**

**9TH JUDICIAL CIRCUIT**
**COUNTY OF KALAMAZOO**
**KALAMAZOO, MICHIGAN**

```
THE PEOPLE OF THE
STATE OF MICHIGAN

    v                              File No. 2011-1983 FC

SAMUEL STEEL, III,

         Defendant.


              Jury Trial - Volume VII of VII
    Before Honorable Pamela L. Lightvoet P47677, Circuit Judge
         Kalamazoo, Michigan — Friday, September 6, 2013



APPEARANCES:

For the People:       Paul John Cusick P70895
                      Assistant Attorney General
                      Michigan Department of Attorney General
                      Criminal Division
                      3030 West Grand Boulevard, Suite 10-361
                      Detroit, Michigan 48202
                      (313) 456-0089

For the Defendant:    Robert A. Champion P52726
                      124 East Bridge Street, Suite C
                      Plainwell, Michigan 49080
                      (269) 685-9220

Recorded by:          Digitally recorded

Transcribed by:       Brenda K. Foley CER 4956
                      Foley Transcription Service
                      8165 Valleywood Lane
                      Portage, Michigan 49024
                      (269) 303-9680
                             * * * * *

                              1452
```

| | |
|---|---|
| 1 | TABLE OF CONTENTS |
| 2 | PAGE |
| 3 | Verdict . . . . . . . . . . . . . . . . . . . . . . . . . 1455 |
| 4 | |
| 5 | WITNESSES |
| 6 |     None |
| 7 | EXHIBITS |
| 8 |     None |

```
 1                    Kalamazoo, Michigan
 2                    Friday, September 6, 2013 - 1:51 p.m.
 3                    THE CLERK:  The court calls the matter of People of
 4          the State of Michigan versus Samuel Steel, III, case number
 5          C11-1983 FC.
 6                    Parties, please state appearances for the record.
 7                    MR. CUSICK:  Good afternoon, your Honor.
 8                    Paul Cusick, Assistant Attorney General.
 9                    MR. CHAMPION:  May it please the Court,
10          Robert Champion appearing on behalf of Samuel Steel.
11                    THE COURT:  All right.  Good afternoon.
12                    It's our understanding that the jury has reached a
13          verdict.  Before they come in, I'll just let everyone know no
14          expressions.  No matter what the verdict is, I don't want to
15          hear any comments or loud outbursts.  If anyone does that, I'm
16          going to ask the deputies to escort you down to holding and we
17          can address you later.
18                    So please be patient with the process.  We generally
19          have some things that we need to address after we excuse the
20          jury, so I've asked the deputies not to let anyone leave once
21          the jury comes in, just so that you're aware of that.  So
22          you'll just have to sit tight.  And, if you want to make
23          comments and what no [*sic*]—whatnot, just please wait until you
24          leave the court building, so just so that you are all aware of
25          that.
```

1                    All right.  The jury is here.
2                    All rise.
3                    (At 1:52 p.m., jury enters courtroom)
4                    You may be seated.
5                    Good afternoon, ladies and gentlemen.
6                    It is our understanding that you have reached a
7        verdict.  Would the foreperson please stand.
8                    And, sir, is that accurate?  Have you reached a
9        verdict?
10                   THE FOREPERSON:  Yes, we have, your Honor.
11                   THE COURT:  Okay.  So we're going to take the
12       verdict, which means that we're going to be asking you
13       questions off of the verdict form.  And I will indicate to you
14       and everyone else that, as we go through this process, there
15       will be occasions when we're talking and you're talking to us.
16       Please make sure you speak up.  We are recording your answers,
17       so just a reminder about that.
18                   So Ms. Johnson is going to go through each count
19       with you.  I'll turn it over to her.
20                   THE CLERK:  Thank you.
21                   Mr. Foreperson, in seat number seven, as to count
22       one, open murder, what is your verdict?
23                   THE FOREPERSON:  We found the defendant guilty of
24       first-degree murder.
25                   THE CLERK:  Thank you.

                                   1455

1            As to count two, weapons felony firearm relating to
2     count one, what is your verdict?
3            THE FOREPERSON:   Guilty of weapons.
4            THE CLERK:   Thank you.
5            As to count three, weapons firearm possession by
6     felon, what is your verdict?
7            THE FOREPERSON:   Guilty of weapons.
8            THE CLERK:   Thank you.
9            And, as to count four, weapons felony firearm
10    related to count three, what is your verdict?
11           THE FOREPERSON:   Guilty of weapons.
12           THE CLERK:   Thank you.
13           Mr. Foreperson, you may be seated.
14           Members of the jury and Mr. Foreperson, please
15    listen to your verdict as recorded.
16           As to count one, guilty of first-degree murder.
17           As to count two, guilty of weapons felony firearm.
18           As to count three, weapons—I'm sorry.—guilty of
19    weapons firearm possession by felon.
20           As to count four, guilty of weapons felony firearm.
21           Mr. Foreperson, is this your verdict?
22           THE COURT:   Is this your verdict, sir?  Yes?
23           THE FOREPERSON:   Correct.
24           THE COURT:   Okay.
25           THE CLERK:   And, members of the jury, is this your

1  verdict?

2  THE JURY (in unison):  Yes.

3  THE CLERK:  Thank you.

4  THE COURT:  All right.  So Ms. Wint is going to

5  take the verdict form.

6  All right.  I have reviewed the verdict form.  It is

7  signed, it is dated, and the printed name of the foreperson is

8  also on the verdict form.  It is consistent with what was just

9  indicated on the record, and the Court will accept that

10 verdict.  The verdict form will be stamped and placed in the

11 court file.

12 Counsel, would either of you—Would you like the jury

13 polled?

14 MR. CHAMPION:  Yes, your Honor.

15 THE COURT:  Yes.  Okay.

16 So we're going to poll the jury, which means we're

17 going to ask each of you individually if the verdict that was

18 just outlined on the record is your personal verdict.  So I'm

19 going to turn it over to Ms. Johnson again.

20 THE CLERK:  Juror in seat number one, is this your

21 verdict?

22 JUROR HILL:  Yes.

23 THE CLERK:  Juror in seat number two, is this your

24 verdict?

25 JUROR ROBERT NELSON:  Yes.

```
 1                   THE CLERK:   Juror in seat number three, is this
 2       your verdict?
 3                   JUROR ZOELLER:   Yes.
 4                   THE CLERK:   Juror in seat number four, is this your
 5       verdict?
 6                   JUROR TAGGETT:   Yes.
 7                   THE CLERK:   Juror in seat number five, is this your
 8       verdict?
 9                   JUROR YONKMAN:   Yes.
10                   THE CLERK:   Juror in seat number six, is this your
11       verdict?
12                   JUROR CHRISTENSEN:   Yes.
13                   THE CLERK:   Juror in seat number seven,
14       Mr. Foreperson, is this your verdict?
15                   JUROR VANHEUKELOM:   Yes.
16                   THE CLERK:   Juror in seat number nine, is this your
17       verdict?
18                   JUROR JASENSKY:   Yes, ma'am.
19                   THE CLERK:   Juror in seat number 11, is this your
20       verdict?
21                   JUROR REIBELING:   Yes.
22                   THE CLERK:   Juror in seat number 13, is this your
23       verdict?
24                   JUROR BONSACK:   Yes.
25                   THE CLERK:   Juror in seat number 14, is this your
```

1      verdict?

2              JUROR STEPHANIE NELSON:  Yes.

3              THE CLERK:  And juror who is number 16 but seated
4      as number 15, is this your verdict?

5              JUROR PROTZ:  Yes.

6              THE CLERK:  Thank you.

7              THE COURT:  All right.  Ladies and gentlemen, I'm
8      going to excuse you now.  I just want to tell you we do
9      appreciate your time over the last couple weeks.  This has
10     been a longer trial, and we certainly know how hard it is on
11     all of you, too.  It's certainly an important responsibility
12     that we all have, as you know.

13             You can talk about the case now.  I will indicate
14     that.

15             We have some things to do here in the court, so the
16     doors will not be opened for a few minutes.  We'll give you
17     time to make a decision as to whether or not you want to stay
18     and speak with the attorneys or if you want to leave; and you
19     certainly are under no obligation to leave [*sic*], but
20     sometimes the attorneys have questions for you and sometimes
21     jurors have questions for the attorneys.

22             So, if you're interested in staying and talking to
23     either of the attorneys, then I would ask you to return
24     upstairs to the room that you deliberated in.  It'll probably
25     take us five, ten minutes to get up there.  So, if no one's

                                1459

1      there, that's perfectly fine.
2                If we don't see you again, again, you can talk about
3      the case now with anyone, among yourselves, or whatnot.
4                So, again, thank you for your time.
5                Ms. Wint will take your badges on the way out, and
6      you are excused.
7                All rise.
8                (At 1:57 p.m., jury excused)
9                You may be seated.
10               Okay.  Given the verdict, Counsel, the sentence date
11     will be September 30th at 2:00 o'clock.
12               I would remind both of you that you do need to make
13     sure when—when you receive the exhibits that you sign the
14     exhibit log.  And I believe both of you have exhibits that
15     you'll need to sign for.
16               Is there anything else, then, that we need to
17     address at this time?
18               MR. CUSICK:   Your Honor, there is a subsequent case
19     that was held over the defendant is charged with.  It's
20     dogfighting.  Can we set the pretrial date on September 30th?
21               THE COURT:   I believe we have already had a
22     pretrial, and I believe—
23               MR. CUSICK:   That may have been the case with the
24     Kalamazoo prosecutor's office, your Honor, but—
25               THE COURT:   Let me see.  It was set—It's been

1        tracking with this case for a jury trial.
2                 MR. CUSICK:   Okay.
3                 THE COURT:   Let me just double-check here and see
4        if—I believe we've had the settlement conference on May 10 and
5        the trial has simply been tracking, then, along with this.
6        We've moved them along together.
7                 We can certainly address the case, if necessary, on
8        the same Monday since that way you don't have to come back.
9                 MR. CUSICK:   Thank you, your Honor.
10                THE COURT:   And we won't set it for another trial
11       until the September 30 date.
12                Okay.  Anything else that we need to address—
13                MR. CUSICK:   No, your Honor.
14                THE COURT:   —at this time?
15                MR. CUSICK:   Thank you.
16                THE COURT:   Mr. Champion?
17                MR. CHAMPION:   No, your Honor.
18                THE COURT:   No.  Okay.
19                September 30 at 2:00 o'clock is the sentence date.
20                And, with that—
21                Again, I appreciate all of your patience.  I know
22       these are tough issues to address for family members and
23       friends.
24                So court's in recess.
25                (At 2:00 p.m. proceedings concluded)

```
 1                        * * * * *
 2
 3  STATE OF MICHIGAN   )
                        )
 4  COUNTY OF KALAMAZOO )
 5
 6       I certify that this transcript, consisting of 1,462 pages, is
 7  a complete, true, and correct transcript **to the best of my ability**
 8  of the proceedings and testimony taken in this case on Tuesday,
 9  August 6, 2013; Tuesday, August 27, 2013; Wednesday, August 28,
10  2013; Tuesday, September 3, 2013; Wednesday, September 4, 2013;
11  Thursday, September 5, 2013; and Friday, September 6, 2013.
12
13                              [signature: Brenda K. Foley]
14
15  December 26, 2013      _____
16                         Brenda K. Foley  (CER-4956)
                           Certified Electronic Recorder
17                         8165 Valleywood Lane
                           Portage, Michigan 49024
18                         (269) 303-9680
19
20
21
22
23
24
25
                               1462
```